**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-00792-LTB-BNB

DERRICK FRANK MASUKU,

    Plaintiff,

v.

MICHAEL MUKASEY, U.S. Attoney [sic] General, et al,

    Defendants.

_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Plaintiff's Motion to Dismiss (Doc 19 - filed June 18, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED,** each party to pay their own fees and costs.

                        BY THE COURT:

                        s/Lewis T. Babcock
                        Lewis T. Babcock, Judge

DATED:   June 23, 2008